

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALBERT JOE MARTIN<br>LA. DOC #369015<br>VERSUS | CIVIL ACTION NO. 3:10-cv-1585<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| ANDY BROWN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this 10 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE